UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00260 |
| | ) | |
| ABDIFITAH JAMA ADAN, et al. | ) | Judge Haynes |

## ORDER

Upon motion of the United States and for good cause shown docket numbers 472 and 482 in the above captioned matter are hereby Ordered unsealed.

_____
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

2